AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

United States of America
v.

Karen Jane Jones

_Defendant_

)
)
)
)
)
)
)

Case: 1:23-mj-00325
Assigned to: Judge Upadhyaya, Moxila A.
Assign Date: 11/28/2023
Description: COMPLAINT W/ ARREST WARRANT

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_   Karen Jane Jones

who is accused of an offense or violation based on the following document filed with the court:

❒ Indictment          ❒ Superseding Indictment          ❒ Information          ❒ Superseding Information          ☒ Complaint

❒ Probation Violation Petition          ❒ Supervised Release Violation Petition          ❒ Violation Notice          ❒ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds,
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds,
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building or Grounds, and
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

Date:      11/28/2023

_Issuing officer's signature_

City and state:          Washington, D.C.

Moxila A. Upadhyaya, U.S. Magistrate Judge
_Printed name and title_

---

**Return**

This warrant was received on _(date)_  12/14/23 , and the person was arrested on _(date)_  12/14/23
at _(city and state)_  Austin, TX .

Date:  12/14/23

_Arresting officer's signature_

Kyle Vidock, Special Agent
_Printed name and title_